[No. 66079-9-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HUNG VAN NGUYEN, *Appellant*.

*Affirmed* by unpublished per curiam opinion.

[No. 66152-3-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CARL RICHARDSON, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Becker, JJ.

[No. 66306-2-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ARLEN STANLEY, *Appellant*.

*Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 66336-4-I.   Division One.   January 30, 2012.]

KAREN HATCH, *Appellant*, v. KING COUNTY ET AL., *Respondents*.

*Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Cox, J.